IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-mj-01205-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RUBEN LOPEZ,
2. ANTONIO RAMIREZ,
3. GREGORIO VASQUEZ

    Defendants.

---

**ORDER DISMISSING ALL COUNTS RELATING TO DEFENDANTS RUBEN LOPEZ, ANTONIO RAMIREZ, GREGORIO VASQUEZ**

---

Upon the motion of the United States of America and for good cause shown, it is

ORDERED that all counts relating to defendants Ruben Lopez, Antonio Ramirez, and Gregorio Vasquez, in the above-captioned case are hereby dismissed.

DATED this 16th day of Dec., 2009.

                                        BY THE COURT:

                                        /s/ Boyd N. Boland
                                        Magistrate Judge
                                        United States District Court
                                        District of Colorado